**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

STEWART ABRAMSON, individually          :
and on behalf of all others similarly        :   Civil File No. 26-cv-582
situated,                                                  :
                                                              :
     Plaintiff,                                        :
                                                              :
                                                              :
v.                                                           :
                                                              :
                                                              :
RESPONSE NOW MEDICAL                     :
ALERT SYSTEMS, PNHC, LLC              :
AND SALES STREAK, LLC                     :
                                                              :
     Defendants.                                    :

**[PROPOSED] ORDER ON MOTION FOR ADMISSION *PRO HAC VICE***

This Court GRANTS the Motion to Appear *Pro Hac Vice* of Anthony I. Paronich.

SIGNED THIS _____ DAY OF _____, 2026.

 

_____
United States District Judge