# UNITED STATES DISTRICT COURT

for the
Western District of Pennsylvania

| | |
|---|---|
| **STEWART ABRAMSON, individually and on behalf of all others similarly situated** | ) |
| | ) |
| *Plaintiff* | ) |
| | ) |
| v. | )  Civil Action No. 2:26-cv-00582-MPK |
| | ) |
| **RESPONSE NOW MEDICAL ALERT SYSTEMS; PNHC, LLC; SALES STREAK, LLC** | ) |
| | ) |
| *Defendant* | ) |

## AFFIDAVIT OF SERVICE

I, Yazmene Hicks, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to PNHC, LLC in Wake County, NC on June 15, 2026 at 8:34 am at 8036 Discovery Falls Trl, Wake Forest, NC 27587-2261 by leaving the following documents with Justin Ortiz who as Owner is authorized by appointment or by law to receive service of process for PNHC, LLC.

SUMMONS IN A CIVIL ACTION, COMPLAINT
Race: Hispanic or Latino, Sex: Male, Est. Age: 35-44, Hair: Black, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=36.0002599,-78.6834842
Photograph: See Exhibit 1

Total Cost: $180.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Wake County

                                            ,

NC        on    6/17/2026          .

/s/ *Yazmene Hicks*
_____

Signature
Yazmene Hicks
+1 (984) 277-7788

Exhibit 1a)





Exhibit 1b)



Exhibit 1c)