# UNITED STATES DISTRICT COURT
for the
Western District of Pennsylvania

| | |
|---|---|
| **STEWART ABRAMSON, individually and on behalf of all others similarly situated** <br><br> *Plaintiff* <br><br> v. <br><br> **RESPONSE NOW MEDICAL ALERT SYSTEMS; PNHC, LLC; SALES STREAK, LLC** <br><br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 2:26-cv-00582 |

## AFFIDAVIT OF SERVICE

I, Angellaki Kaloudis, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Response Now Medical Alert Systems in Washington County, OR on June 15, 2026 at 12:12 pm at 9900 SW Wilshire St, Ste 250, Portland, OR 97225-5025 by leaving the following documents with Bob Kelly who as Manager is authorized by appointment or by law to receive service of process for Response Now Medical Alert Systems.

SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, CLASS ACTION COMPLAINT
Race: White, Sex: Male, Est. Age: 55-64, Hair: White, Glasses: Y, Est. Weight: 180 lbs to 200 lbs, Est. Height: 5' 9" to 6'.
Geolocation of Serve: https://google.com/maps?q=45.50552,-122.7790666667
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

_Washington County_ ,

__OR__ on __6/17/2026__ .

/s/ *Angellaki Kaloudis*

Signature
Angellaki Kaloudis
+1 (360) 771-5442



Exhibit 1a)



Exhibit 1b)