IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and
on behalf of a class of all persons and
entities similarly situated,

               Plaintiff,

V.

SALES STREAK, LLC,
PNHC, LLC
RESPONSE NOW ALERT
SYSTEMS

               Defendants.

CIVIL DIVISION No.:2:26-cv-00582

Motion for Admission Pro Hac
Vice

Filed on Behalf of:

DEFENDANT

Counsels of Record:

Joseph P. Rewis, Esquire
Pa I.D. No. 92908

Joseph P. Rewis & Associates, LLC
234 Shiloh Street
Pittsburgh, Pennsylvania 15211

Rewis@Rewislaw.com
(412) 431-7770

Petitioner:

Mark Thomas Sophocles, Esquire
21 Industrial Boulevard, Suite 201
Paoli, Pennsylvania 19301

Mark@Sophocleslaw.com
(215) 880 - 8825

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, Plaintiff,**

**v.**

**Civil Action No. 2:26-cv-00582**

**SALES STREAK, LLC,**
**PNHC, LLC**
**RESPONSE NOW ALERT SYSTEMS**
**Defendants.**

## MOTION FOR ADMISSION PRO HAC VICE

**AND NOW** comes Mark T. Sophocles, Esquire, a member in good standing of the bar of Pennsylvania and respectfully moves this Honorable Court for admission pro hac vice of Mark Thomas Sophocles, Esquire, to appear as counsel for Defendant in the above-captioned matter. In support thereof, movant avers as follows:

1. Joseph P. Rewis, Esquire, is a member in good standing of the Bar of this Court and is counsel of record in this matter.

2. Mark Thomas Sophocles, Esquire ("Applicant"), is an attorney duly admitted to practice law in the State of Pennsylvania and is in good standing in all jurisdictions where he is admitted.

   Applicant's office address is: 21 Industrial Blvd., Suite 201, Paoli, PA 19301.

3. Applicant's telephone number is: 215.880.8825 Applicant's email address is: mark@sophocleslaw.com

4. Applicant is not currently suspended or disbarred from practice in any court and has no disciplinary proceedings pending against him.

5. Applicant has not previously been denied admission pro hac vice by this Court.

6. Applicant is familiar with the Federal Rules of Civil Procedure, the Local Rules of this Court, and will comply with an applicable rules and procedures.

7. Applicant agrees to be bound by the Rules of Professional Conduct applicable in this Court.

8. Applicant will be associated with Joseph Rewis, Esquire, local counsel, who will remain counsel of record and upon whom all pleadings, notices, and other papers may be served.

   **WHEREFORE,** Mark Thomas Sophocles, Esquire respectfully requests that this Court enter an Order granting admission pro hac vice to represent Defendant in this matter.

Respectfully submitted,

Mark Thomas Sophocles, LLC

Mark T. Sophocles, Esquire
PA Attorney I.D. 74998
21 Industrial Blvd., Suite 201
Paoli, PA 19301
610-651-0105
Fax: 610-651-0106

Attorney for Defendant
Sales Streak, LLC
PNHC, LLC
Response Now Medical Alert Systems

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,

     Plaintiff,

v.

SALES STREAK, LLC,
PNHC, LLC
RESPONSE NOW ALERT SYSTEMS

     Defendants.

Civil Action No.: 2:26-cv-00582

**VERIFIED STATEMENT OF MARK THOMAS SOPHOCLES, ESQUIRE
IN SUPPORT OF ADMISSION PRO HAC VICE**

I, Mark Thomas Sophocles, Esquire, hereby declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the following is true and correct:

1. I am an attorney at law duly licensed and admitted to practice in the following jurisdictions: Supreme Court of Pennsylvania in good standing since 1994 and Federal Court for the Eastern District of Pennsylvania.

2. I am a member in good standing of each of the above courts and bars.

3. My office address is 21 Industrial Blvd., Suite 201, Paoli, PA 19301.

4. My telephone number is: 215.880.8825

   My email address is: mark@sophocleslaw.com

5. I am not currently suspended or disbarred from practice in any court, nor am I the subject of any pending disciplinary proceedings.

6. I have not previously been denied admission pro hac vice by this Court.

7. I am familiar with the Federal Rules of Civil Procedure and the Local Rules of the United

States District Court for the Western District of Pennsylvania, and the applicable standards of professional conduct.

8. I agree to comply with and be bound by the Local Rules of this Court and the Pennsylvania Rules of Professional Conduct.

9. I designate **Joseph P. Rewis,** Esquire, a member in good standing of the Bar of this Court, as local counsel in this matter. Local counsel shall remain counsel of record and shall be responsible for the conduct of this case.

10. I consent to the jurisdiction of this Court for any disciplinary proceedings that may arise from my participation in this case.

11. I certify that I have paid (or will promptly pay) the required pro hac vice admission fee in accordance with the rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

Mark Thomas Sophocles, LLC

Mark T. Sophocles, Esquire
PA Attorney I.D. 74998
21 Industrial Blvd., Suite 201
Paoli, PA 19301
610-651-0105
Fax: 610-651-0106

Attorney for Defendants
Sales Streak, LLC
PNHC, LLC,
Response Now Medical Alert Systems