## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEWART ABRAMSON, individually and**<br>**on behalf of all others similarly situated,**<br>*PLAINTIFF,* | : | |
| | : | |
| | : | |
| | : | |
| v. | : | **CIVIL ACTION NO. 2:26-CV-00583** |
| | : | |
| **SALES STREAK, LLC,** | : | |
| **PNHC, LLC** | : | |
| **RESPONSE NOW MEDICAL ALERT SYSTEMS** | : | |
| *DEFENDANTS.* | : | |

## ORDER

AND NOW, this _____ day of _____, 2026, upon consideration of Defendants Sales Streak, LLC, Response Now Medical Alert Systems, and PNHC, LLC's Motion to Dismiss Plaintiff's Class Action Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6), and any response thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED.

It is FURTHER ORDERED that Plaintiff's Class Action Complaint and the class allegations contained therein are DISMISSED WITH PREJUDICE. The Clerk of Court is directed to enter judgment in favor of Defendants Sales Streak, LLC, Response Now Medical Alert Systems, and PNHC, LLC, and to close this case.

BY THE COURT:

_____
United States District Judge