# EXHIBIT "A"



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**
**EASTERN DISTRICT OF PENNSYLVANIA**                    }

I, George Wylesol, Clerk of the United States District Court for the Eastern District of Pennsylvania, **DO HEREBY CERTIFY** that Mark T. Sophocles, Bar# 74998, was duly admitted to practice in this Court on 08/28/2012, and is in good standing as a member of the bar of this Court.

May/19/2026

**GEORGE WYLESOL**
**Clerk of Court**

**DATED at Philadelphia, Pennsylvania**
**on  05/19/2026**

BY: _____

**Deputy Clerk**

Rev. 1/20/17