# EXHIBIT "B"

**CERTIFICATION FOR BAR ADMISSION FOR THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

I, _Mark Thomas Sophocles_____, do certify as follows:

1. I am a member in good standing of the Bar of:

[✓] a. The Supreme Court of Pennsylvania, Bar# _74998_____
[✓] b. The United States District Court for the _Eastern District of Pennsylvania_____
[ ] c. The Supreme Court of the United States

2. I am a member in good standing of the following state Bars/Bars of United States District Courts (also note Bar identification numbers):

_Pennsylvania_____

3. [ ] I am affiliated with the law firm of _____

or

[✓] I am in the sole practice of law

4. My business address, telephone number and email address are:

_21 Industrial Blvd, Suite 201, Paoli, PA 19301,6106510105,Mark@Sophocleslaw.cor_

5. I am a registered user of the CM/ECF electronic docketing system of this Court. [✓]

6. I have read, know and understand the Local Rules of this Court. [✓]

7. The following is a listing and description any prior disciplinary proceedings against me that resulted in a non-confidential negative finding or sanction against me (if none, so state):

8. Attached is a certificate of good standing from the Bar of _Pennsylvania_____ that is current within the prior twelve (12) months.

I DECLARE UNDER THE PENALTIES FOR PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. EXECUTED BY ME ON_____ 5/19/26 _____.

SIGNATURE: _____

**STATEMENT OF MOVING ATTORNEY**

I, Joseph Rewis, Esquire _____, A MEMBER IN GOOD STANDING OF THE BAR OF THIS COURT, DO HEREBY CERTIFY THAT I BELIEVE THE ABOVE CANDIDATE FOR ADMISSION TO THE BAR OF THIS COURT IS OF GOOD MORAL AND PROFESSIONAL CHARACTER AND, TO THE BEST OF MY KNOWLEDGE, IS ELIGIBLE FOR ADMISSION TO THE BAR OF THIS COURT.

SIGNATURE: _____
DATE: _____5/20/2026_____