## CERTIFICATE OF SERVICE

I, Mark T. Sophocles, Esquire, hereby certify that on the 24th day of June 2026, a true and correct copy of the foregoing Defendants, Motion to Dismiss Complaint and Brief in Support of Motion to Dismiss Complaint was filed electronically using the Court's CM/ECF system. I further certify that notice of this filing will be sent to all registered CM/ECF users via operation of the Court's electronic filing system, which constitutes service under Local Civil Rule 5.2 and Federal Rule of Civil Procedure 5(b)(2)(E):

Bower Law Associates, PLLC
Jeremy C. Jackson, Esquire
403 S. Allen Street, Suite 210
State College, PA 16801
Attorneys for Plaintiff

Dated:  June 24, 2026                    **Respectfully submitted,**

**MARK THOMAS SOPHOCLES, LLC**

**MARK T. SOPHOCLES, ESQUIRE**
**PA ATTY I.D. 74998**
**21 INDUSTRIAL BLVD., SUITE 201**
**PAOLI, PA 19301**

*ATTORNEY FOR DEFENDANTS*
*SALES STREAK, LLC*
*PNHC, LLC*
*RESPONSE NOW MEDICAL ALERT SYSTEMS*

13