**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RESPONSE NOW MEDICAL ALERT SYSTEMS, PNHC, LLC AND SALE STREAK, LLC, <br><br> Defendants. | Case No. 2:26-cv-582-MPK <br><br> Magistrate Judge Maureen P. Kelly |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Kevin P. Allen of Duane Morris LLP on behalf of Defendant ResponseNow, Inc. d/b/a ResponseNow Medical Alert Systems in the above-captioned matter.

Dated: July 2, 2026

Respectfully submitted,

*/s/ Kevin P. Allen*
Kevin P. Allen
Pa. I.D. No. 76426
kpallen@duanemorris.com

Michael P. Pest
Pa. I.D. No. 312025
mppest@duanemorris.com

DUANE MORRIS LLP
625 Liberty Ave., Suite 1000
Pittsburgh, PA 15222
Telephone: 412.497.1000

*Counsel for ResponseNow, Inc.*

**CERTIFICATE OF SERVICE**

I certify that on July 2, 2026, the foregoing document was filed via the Court's CM/ECF system, which will provide notification to the following:

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln St.
Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Jeremy C. Jackson
Bower Law Associates, PLLC
403 South Allen Street
Suite 210
State College, PA 16801\
jjackson@bower-law.com

*Counsel for Plaintiff*

Mark T. Sophocles
Mark Thomas Sophocles, LLC
21 Industrial Blvd
Suite 210
Paoli, PA 19301
Mark@Sophocleslaw.com

*Counsel for PNHC, LLC and
Sales Streak, LLC*

/s/ Kevin P. Allen
Kevin P. Allen