## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,

        Plaintiff,

        v.

RESPONSE NOW MEDICAL ALERT SYSTEMS, PNHC, LLC AND SALE STREAK, LLC,

        Defendants.

Case No. 2:26-cv-582-MPK

Magistrate Judge Maureen P. Kelly

## MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

ResponseNow, Inc. d/b/a ResponseNow Medical Alert Systems ("ResponseNow") files this Motion for an extension of its deadline to file a response to the Complaint.

1.      Plaintiff Stewart Abramson commenced this action by filing a Complaint on April 6, 2026.  *See* ECF No. 1.

2.      ResponseNow was served with the Complaint on June 15, 2026.  *See* ECF No. 9.

3.      ResponseNow formally retained Duane Morris LLP as counsel on June 22, 2026.

4.      On June 23, 2026, Attorney Mark T. Sophocles filed a Motion to Appear *Pro Hac Vice* to represent the "Defendant in this matter."  *See* ECF No. 10 at 2, Wherefore Clause.

5.      On June 24, 2026, Attorney Sophocles filed a Motion to Dismiss, purportedly on behalf of all three Defendants.  *See* ECF Nos. 12-13.

6.      Attorney Sophocles filed the Motion on behalf of ResponseNow in error. ResponseNow never retained Attorney Sophocles to represent it in this matter and was not aware that a motion had purportedly been filed on its behalf until June 30, 2026.

7.    Upon learning on June 30 that a filing was purportedly made on behalf of ResponseNow, the undersigned counsel contacted Attorney Sophocles, who stated that the filing was made in error and that he would take the appropriate measures to correct the record.

8.    Once the Motion to Dismiss is withdrawn or amended, ResponseNow's deadline to respond to the Complaint will be July 6, 2026.

9.    In light of this issue, the undersigned counsel's recent retention, and the upcoming holiday weekend, on June 30, 2026, ResponseNow's counsel requested from Abramson's counsel a 21-day extension of ResponseNow's response deadline.

10.    Plaintiff's counsel, Anthony Paronich, who is not a member of the Western District of Pennsylvania bar and is appearing *pro hac vice* in this matter, refused to consent to that request for professional courtesy, necessitating this motion.  A true and correct copy of counsel's email exchange is attached as **Exhibit A**.

11.    Given the foregoing, ResponseNow respectfully requests an extension of its response deadline to July 27, 2026.

Dated: July 2, 2026                                    Respectfully submitted,

                                                       */s/ Kevin P. Allen*
                                                       Kevin P. Allen
                                                       Pa. I.D. No. 76426
                                                       kpallen@duanemorris.com

                                                       Michael P. Pest
                                                       Pa. I.D. No. 312025
                                                       mppest@duanemorris.com

                                                       DUANE MORRIS LLP
                                                       625 Liberty Ave., Suite 1000
                                                       Pittsburgh, PA 15222
                                                       Telephone: 412.497.1000

                                                       *Counsel for ResponseNow, Inc. d/b/a ResponseNow Medical Alert Systems*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 2, 2026, the foregoing document was filed via the Court's CM/ECF system, which will provide notification to the following:

Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln St.
Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Jeremy C. Jackson
Bower Law Associates, PLLC
403 South Allen Street
Suite 210
State College, PA 16801\
jjackson@bower-law.com

*Counsel for Plaintiff*

Mark T. Sophocles
Mark Thomas Sophocles, LLC
21 Industrial Blvd
Suite 210
Paoli, PA 19301
Mark@Sophocleslaw.com

*Counsel for PNHC, LLC and
Sales Streak, LLC*

*/s/ Kevin P. Allen*
Kevin P. Allen