**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated,<br><br>       Plaintiff,<br><br>    v.<br><br>RESPONSE NOW MEDICAL ALERT SYSTEMS, PNHC, LLC AND SALE STREAK, LLC,<br><br>       Defendants. | Case No. 2:26-cv-582-MPK |

**ORDER**

AND NOW, this _____ day of July, 2026, upon consideration of Defendant ResponseNow, Inc. d/b/a ResponseNow Medical Alert Systems' Motion for Extension of Time to Respond to the Complaint, the Motion is GRANTED. ResponseNow, Inc. shall file its response to the Complaint on or before July 27, 2026.

BY THE COURT:

_____
Maureen P. Kelly
United States Magistrate Judge