# EXHIBIT A

| | |
|---|---|
| **From:** | Allen, Kevin P. |
| **To:** | Anthony Paronich; Pest, Michael P.; Mark Sophocles Esq. |
| **Cc:** | Jeremy C. Jackson, Esq. |
| **Subject:** | RE: Abramson v. ResponseNow, Inc. et al. |
| **Date:** | Tuesday, June 30, 2026 4:43:01 PM |

Counsel,

You would have had to have responded to that motion on behalf of the other two defendants, regardless of the mistake in relation ResponseNow.

I'm surprised by your response to a request for an extension.  Are you a member of the bar of the WDPA?  That's not really how we operate here.  I ask you, respectfully, to reconsider.

Regards,



**Kevin P. Allen**
Partner

Duane Morris LLP
625 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222-3112

P: +1 412 497 1037
F: +1 412 202 8716
C: +1 412 400 5244

E-MAIL | BIO | VCARD

---

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Tuesday, June 30, 2026 4:35 PM
**To:** Allen, Kevin P. <KPAllen@duanemorris.com>; Pest, Michael P. <MPPest@duanemorris.com>; Mark Sophocles Esq. <mark@sophocleslaw.com>
**Cc:** Jeremy C. Jackson, Esq. <jjackson@bower-law.com>
**Subject:** RE: Abramson v. ResponseNow, Inc. et al.

You can feel free to file a motion and we'll explain to the Court that we invested the time and resources to respond to a pleading on behalf of a client that was apparently not authorized (we don't know more, we haven't been told it) and so we want clarity on that first. We'll look for your motion.

----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

---

**From:** Allen, Kevin P. <KPAllen@duanemorris.com>
**Sent:** Tuesday, June 30, 2026 4:15 PM
**To:** Anthony Paronich <anthony@paronichlaw.com>; Pest, Michael P. <MPPest@duanemorris.com>; Mark Sophocles Esq. <mark@sophocleslaw.com>
**Cc:** Jeremy C. Jackson, Esq. <jjackson@bower-law.com>
**Subject:** RE: Abramson v. ResponseNow, Inc. et al.

I defer to Mr. Sophocles on that front.

But, in meantime, we have been engaged to represent ResponseNow, and we ask for the courtesy of an extension of time to respond.

Please advise.

Thank you.

Regards,



Kevin P. Allen
Partner

Duane Morris LLP          P: +1 412 497 1037
625 Liberty Avenue, Suite 1000    F: +1 412 202 8716
Pittsburgh, PA 15222-3112      C: +1 412 400 5244

E-MAIL | BIO | VCARD

**From:** Anthony Paronich <anthony@paronichlaw.com>
**Sent:** Tuesday, June 30, 2026 3:48 PM
**To:** Pest, Michael P. <MPPest@duanemorris.com>; Mark Sophocles Esq. <mark@sophocleslaw.com>
**Cc:** Jeremy C. Jackson, Esq. <jjackson@bower-law.com>; Allen, Kevin P. <KPAllen@duanemorris.com>
**Subject:** Re: Abramson v. ResponseNow, Inc. et al.

Hello, Michael. Before giving our position, I'd like to confer on the nature of this purported error. Copying Mr. Sophocles here.

----
Anthony Paronich
Paronich Law, P.C.
350 Lincoln Street, Suite 2400
Hingham, MA 02043
[o] (617) 485-0018
[c] (508) 221-1510
[f] (508) 318-8100

This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

On Tue, Jun 30, 2026 at 3:31 PM Pest, Michael P. <MPPest@duanemorris.com> wrote:

> Counsel,
>
> Good afternoon.  Duane Morris represents ResponseNow, Inc. in the above-referenced matter.  There was apparently some confusion, and Mark Sophocles filed a motion to dismiss on behalf of ResponseNow.  That filing was made in error, and Mr. Sophocles will be correcting the issue with the court.

Given this issue, I write to request a 21-day extension to July 27 for ResponseNow to respond to Mr. Abramson's complaint.  If agreeable, I will prepare a stipulation for filing with the Court.

Thank you for your consideration of this request.  If you have any questions, please contact me.

Thanks,

Mike



**Michael P. Pest**
Partner

Duane Morris LLP
625 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222-3112

P: +1 412 497 1035
F: +1 412 291 3398

E-MAIL | BIO | VCARD

For more information about Duane Morris, please visit https://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.