## Anthony Paronich

| | |
|---|---|
| **From:** | Mark Sophocles Esq. <mark@sophocleslaw.com> on behalf of Mark Sophocles Esq. |
| **Sent:** | Thursday, July 2, 2026 8:57 AM |
| **To:** | Anthony Paronich |
| **Cc:** | Michael P. Pest; Jeremy C. Jackson Esq.; Kevin P. Allen |
| **Subject:** | Re: Abramson v. ResponseNow, Inc. et al. |

No I made an incorrect assumption

Mark T. Sophocles, Esq.

21 Industrial Blvd., Suite 201
Paoli, PA 19301

610.651.0105
FAX: 610.651.0106
CELL: 215.880.8825

CONFIDENTIALITY NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521and is legally privileged. This message, together with any attachments, is intended only for the addressee. It may contain information which is legally privileged, confidential and exempt from disclosure. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, use, or any action or reliance on this communication is strictly prohibited. If you have received this e-mail in error, please notify the sender immediately by telephone at (215) 880-8825 or by return e-mail and delete the message, along with any attachments.

On Tue, Jun 30, 2026 at 9:41 PM Anthony Paronich <anthony@paronichlaw.com> wrote:
 Mr. Sophocles:

 At any time have you represented ResponseNow?

 Anthony Paronich

> On Jun 30, 2026, at 9:36 PM, Mark Sophocles Esq. <mark@sophocleslaw.com> wrote:

> Gentlemen,

> To clarify, my filing error was the result of an earnest confusion regarding the representation of

1

all three defendants, including ResponseNow.  I apologize for my error.

Best regards,

Mark Sophocles Esq.


On Tue, Jun 30, 2026 at 3:48 PM Anthony Paronich <anthony@paronichlaw.com> wrote:

Hello, Michael. Before giving our position, I'd like to confer on the nature of this purported error. Copying Mr. Sophocles here.


----

Anthony Paronich

Paronich Law, P.C.

350 Lincoln Street, Suite 2400

Hingham, MA 02043

[o] (617) 485-0018

[c] (508) 221-1510

[f] (508) 318-8100


This email message may contain legally privileged and/or confidential information.  If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.


On Tue, Jun 30, 2026 at 3:31 PM Pest, Michael P. <MPPest@duanemorris.com> wrote:

Counsel,

Good afternoon.  Duane Morris represents ResponseNow, Inc. in the above-referenced matter.  There was apparently some confusion, and Mark Sophocles filed a motion to dismiss on behalf of ResponseNow.  That filing was made in error, and Mr. Sophocles will be correcting the issue with the court.

Given this issue, I write to request a 21-day extension to July 27 for ResponseNow to respond to Mr. Abramson's complaint.  If agreeable, I will prepare a stipulation for filing with the Court.

Thank you for your consideration of this request.  If you have any questions, please contact me.

Thanks,

Mike

www.duanemorris.com

**Michael R. Pest**
Partner

Duane Morris LLP
625 Liberty Avenue, Suite 1000
Pittsburgh, PA 15222-3112        **P:** +1 412 497 1035
                                 **F:** +1 412 291 3398
E-MAIL | BIO | VCARD

For more information about Duane Morris, please visit https://www.DuaneMorris.com

Confidentiality Notice: This electronic mail transmission is privileged and confidential and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.