**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| STEWART ABRAMSON, individually and on behalf of a class of all persons and entities similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> RESPONSE NOW MEDICAL ALERT SYSTEMS, PNHC, LLC AND SALES STREAK, LLC, <br><br> Defendants. | Case No. 2:26-cv-582-MPK <br><br> Magistrate Judge Maureen P. Kelly |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1 of the Western District of Pennsylvania, and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel states that ResponseNow Incorporated d/b/a ResponseNow Medical Alert Systems ("ResponseNow") is a nongovernmental, privately held Oregon corporation with no parent corporation. No publicly owned corporation owns 10% or more of ResponseNow's stock.

Dated: July 9, 2026

Respectfully submitted,

*/s/ Michael P. Pest*
Kevin P. Allen
Pa. I.D. No. 76426
kpallen@duanemorris.com

Michael P. Pest
Pa. I.D. No. 312025
mppest@duanemorris.com

DUANE MORRIS LLP

625 Liberty Ave., Suite 1000
Pittsburgh, PA 15222
Telephone: 412.497.1000

*Counsel for ResponseNow Incorporated*

2

## <u>CERTIFICATE OF SERVICE</u>

I certify that on July 9, 2026, the foregoing document was filed via the Court's CM/ECF

system, which will provide notification to the following:


Anthony I. Paronich
Paronich Law, P.C.
350 Lincoln St.
Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Jeremy C. Jackson
Bower Law Associates, PLLC
403 South Allen Street
Suite 210
State College, PA 16801\
jjackson@bower-law.com

*Counsel for Plaintiff*


Mark T. Sophocles
Mark Thomas Sophocles, LLC
21 Industrial Blvd
Suite 210
Paoli, PA 19301
Mark@Sophocleslaw.com

*Counsel for PNHC, LLC and
Sales Streak, LLC*


*/s/ Michael P. Pest*
Michael P. Pest