IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEWART ABRAMSON, individually and on behalf of all others similarly situated, *PLAINTIFF*, | : | |
| | : | |
| | : | |
| | : | |
| v. | : | Civil Action No.: 2:26-cv-00582-MPK |
| | : | |
| SALES STREAK, LLC, PNHC, LLC *DEFENDANTS.* | : | |
| | : | |
| | : | |

---

## CERTIFICATE OF SERVICE

I, Mark T. Sophocles, Esquire, hereby certify that on the 9th day of July 2026, a true and correct copy of the foregoing Defendant, Sales Streak, LLC, Corporate Disclosure Statement was filed electronically using the Court's CM/ECF system. I further certify that notice of this filing will be sent to all registered CM/ECF users via operation of the Court's electronic filing system, which constitutes service under Local Civil Rule 5.2 and Federal Rule of Civil Procedure 5(b)(2)(E):

Anthony I. Paronich, Esquire
Paronich Law, P.C.
350 Lincoln St. Suite 2400
Hingham, MA 02043
anthony@paronichlaw.com

Jeremy C. Jackson, Esquire
Bower Law Associates, PLLC
403 South Allen Street Suite 210
State College, PA 16801
jjackson@bower-law.com

*Counsels for Plaintiff*

Dated: July 9, 2026

Kevin P. Allen, Esquire
Michael P. Pest, Esquire
Duane Morris, LLP
625 Liberty Ave., Suite 1000
Pittsburgh, PA 15222
kpallen@duanemorris.com
mppest@duanemorris.com

*Counsel for Response Now Medical Alert Systems*

Respectfully submitted,

_____
MARK T. SOPHOCLES, ESQUIRE
ATTORNEY FOR DEFENDANT
*Sales Streak, LLC*

2