## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

**STEWART ABRAMSON,** individually and
on behalf of all others similarly situated,
*PLAINTIFF,*

v.

**SALES STREAK, LLC,**
**PNHC, LLC**
*DEFENDANTS.*

:
:
:
:
:
:
:
:
:
:

Civil Action No.: 2:26-cv-00582-MPK

## ORDER

AND NOW, this ___ day of _____, 2026, upon consideration of Defendants, Sales Streak, LLC and PNHC, LLC's Motion for Leave to Substitute Corrected Motion to Dismiss, it is hereby ORDERED that the Motion is GRANTED.

Defendant's corrected Motion to Dismiss and Brief are deemed filed as of the original filing date. The Court will disregard the inadvertently filed motion included in Defendant's prior filing.

BY THE COURT:

_____
**United States District Judge**

1