IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

STEWART ABRAMSON, individually and : 
on behalf of all others similarly situated, :
*PLAINTIFF,* :
            :
     v. :    Civil Action No.: 2:26-cv-00582-MPK
            :
SALES STREAK, LLC, :
PNHC, LLC :
*DEFENDANTS.* :

## CERTIFICATE OF SERVICE

I, Mark T. Sophocles, Esquire, hereby certify that on the 15th day of July 2026, a true and correct copy of the foregoing Defendants, Draft Proposed Order, Corrected Motion to Dismiss Complaint and Corrected Brief in Support of Motion to Dismiss Complaint was filed electronically using the Court's CM/ECF system. I further certify that notice of this filing will be sent to all registered CM/ECF users via operation of the Court's electronic filing system, which constitutes service under Local Civil Rule 5.2 and Federal Rule of Civil Procedure 5(b)(2)(E):

All Counsel of Record

Dated:  July 15, 2026                 **Respectfully submitted,**

MARK THOMAS SOPHOCLES, LLC

MARK T. SOPHOCLES, ESQUIRE
PA ATTY I.D. 74998
21 INDUSTRIAL BLVD., SUITE 201
PAOLI, PA 19301

*ATTORNEY FOR DEFENDANTS*
*SALES STREAK, LLC*
*PNHC, LLC*

11