## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **STEWART ABRAMSON**, individually and on behalf of all others similarly situated<br>*Plaintiff,*<br><br>v.<br><br>**SALES STREAK, LLC, and**<br>**PNHC, LLC**<br>*Defendants.* | **;**<br>**:**<br>**:**<br>**:**<br>**:**<br>**:**<br>**:**<br>**:**<br>**:**<br>**:**<br>**:**<br>**:** | **Docket No.: 2026-00413** |

## ORDER

AND NOW, this _____ day of _____ 2026, upon consideration of Defendants Sales Streak, LLC, and PNHC, LLC's Motion to Dismiss Plaintiff's Class Action Complaint Pursuant to Federal Rule of Civil Procedure 12(b)(6), and any response thereto, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED. It is FURTHER ORDERED that Plaintiff's Class Action Complaint and the class allegations contained therein are DISMISSED WITH PREJUDICE. The Clerk of Court is directed to enter judgment in favor of Defendants Sales Streak, LLC, and PNHC, LLC, and to close this case.

BY THE COURT:

_____
**United States District Judge**